# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATPORT, LLC, a Colorado limited liability company,<br><br>   Plaintiff,<br><br>   vs.<br><br>SOUNDCLOUD LIMITED, a German limited company and SOUNDCLOUD INC., a Delaware corporation,<br><br>   Defendants. | CASE NO. 2:19–cv–00847 MRW<br><br>[~~PROPOSED~~] SEPARATE JUDGMENT<br><br>Judge: Hon. Michael R. Wilner |

1    By separate Order dated July 13, 2020 (Dkt. 98), this Court granted Defendants
2    SoundCloud Limited and SoundCloud Inc.'s (collectively, "Defendants") motion to
3    dismiss Plaintiff Beatport, LLC's ("Beatport") Second Amended Complaint, and
4    dismissed Beatport's the Second Amended Complaint without leave to amend.  Dkt.
5    98 at 10.

     Accordingly, it is hereby ~~DECREED and~~ ORDERED that final judgment shall now be entered in favor of Defendants~~, and that Plaintiff Beatport shall take nothing by this action~~.

     IT IS SO ORDERED.

Dated:  September 8, 2020                    /s/ Judge Wilner

                                             _____
                                             The Honorable Michael R. Wilner
                                             United States Magistrate Judge